IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10402
Conference Calendar
_____

CHYANN FINE BRATCHER,

                                        Petitioner-Appellant,

versus

JOSEPH B. BOGAN, Warden; CARSWELL FEDERAL MEDICAL CENTER;
FEDERAL BUREAU OF PRISONS; UNITED STATES DEPARTMENT OF
JUSTICE,

                                        Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CV-127-Y
- - - - - - - - - -
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

     Chyann Fine Bratcher, federal prisoner # 27051-077, appeals from the dismissal with prejudice of her 28 U.S.C. § 2241 petition.  The district court held, because Bratcher was challenging errors that were alleged to have occurred during or before sentencing, her claims must be raised in a motion filed pursuant to 28 U.S.C. § 2255 and that the only court with jurisdiction to consider her § 2255 motion was the district court in which she was sentenced.  Bratcher argues on appeal that she

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is entitled to application of the "savings clause" of § 2255 because she is barred by limitations from filing a § 2255 motion.

Bratcher has failed to show that the remedies provided for under § 2255 are inadequate or ineffective to test the legality of her detention. See Cox v. Warden, Fed. Detention Ctr., 911 F.2d 1111, 1113 (5th Cir. 1990). Accordingly, the district court's judgment is AFFIRMED.